MICHAEL J. HURLEY   SBN: 153174
Law Offices of Michael J. Hurley
9121 Haven Avenue, Suite 130
Rancho Cucamonga, CA 91730
Telephone:  (909) 948-7282
Facsimile:   (909) 948-7292
E-Mail:       Mogahurley@aol.com

Attorney for Plaintiff:
CHRISTOPHER W. AYERS

# UNITED STATES DICTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER W. AYERS,<br><br>          Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY<br><br>          Defendants. | No.  EDCV – 12-809 RZ<br><br>~~(PROPOSED)~~ ORDER AWARDING EAJA ATTORNEY FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of Two Thousand Eight Hundred Fifty ($2,850.00).  ~~subject to the terms of the stipulation~~.

Dated: July 19, 2013

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

ORDER FOR EAJA FEES